MKB:JPL
F#

**M-07-425**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

RICHARD NEAL WILLETTS,

        Defendant.

- - - - - - - - - - - - - - - - -X

REMOVAL TO THE WESTERN
DISTRICT OF VIRGINIA

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

       SEAN WATSON, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

       Upon information and belief, on March 14, 2007, an arrest warrant was issued by the United States District Court for the Western District of Virginia, commanding the arrest of the defendant RICHARD NEAL WILLETTS for inducing a minor child to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b) and for the sexual exploitation of children, in violation of Title 18, United States Code, Section 2251(a).

       The source of your deponent's information and the grounds for his belief are as follows:

       1. On March 14, 2007, an arrest warrant was issued by the United States District Court for the Western District of Virginia, commanding the arrest of RICHARD NEAL WILLETTS for inducing a minor child to engage in sexual activity, in violation

2

of Title 18, United States Code, Section 2422(b) and for the sexual exploitation of children, in violation of Title 18, United States Code, Section 2251(a). A copy of the arrest warrant and indictment are attached hereto.

2. During the course of its investigation, the FBI learned that the defendant RICHARD NEAL WILLETTS was previously employed as a school teacher in Charlottesville, Virginia. The FBI further learned that the defendant moved in or about August 2006 to the United Arab Emirates. The FBI also learned that the defendant RICHARD NEAL WILLETTS was working as a middle school and high school teacher in the United Arab Emirates.

3. On or about March 26, 2007, the FBI contacted the defendant RICHARD NEAL WILLETTS in the United Arab Emirates. Using a ruse, the FBI informed the defendant RICHARD NEAL WILLETTS that he was the victim of an identity theft and needed to return to the United States to address certain issues.

4. On March 30, 2007, the defendant RICHARD NEAL WILLETTS arrived at John F. Kennedy International Airport aboard Etihad airlines flight 101 from Abu Dahbi, United Arab Emirates.

5. Upon his arrival the defendant was met at the gate by law enforcement officers. The defendant identified himself to law enforcement officers as RICHARD NEAL WILLETTS. In addition, the defendant provided the undersigned with a date of birth, social security number and home address. This information matched the date of birth, social security number and home

3

address on file for the RICHARD NEAL WILLETTS who is sought for prosecution in the Western District of Virginia.

6. It is the desire of the United States Attorney for the Western District of Virginia that the defendant RICHARD NEAL WILLETTS be removed to that district for prosecution.

WHEREFORE, it is requested that the defendant RICHARD NEAL WILLETTS be removed to the Western District of Virginia where he may be dealt with according to law.

                                     _____
SEAN WATSON
Special Agent
Federal Bureau of Investigation

Sworn to before me this
30th day of March, 2007

GE